1006 — 9/11

Supplement No. 10 (Effective May 31, 2007)

GENERAL SERVICES ADMINISTRATION
Federal Supply Service
Authorized Federal Supply Schedule Pricelist
(Prices Shown Herein Are Net (discount deducted))

On-line access to contract ordering information, terms and conditions, up-to-date pricing, and the option to create an electronic delivery order are available through GSA Advantage!™, a menu-driven database system. The INTERNET address for GSA Advantage!™ is:
http://www.GSAAdvantage.gov.

| | |
|---|---|
| **FSC GROUP 36, PART IV:** | **Document Management Products, Systems, Services and Solutions** |
| **SPECIAL ITEM NUMBER:** | **51-504b – Records Management Services** <br> **51-507 – Destruction Services** |
| **CONTRACT NUMBER:** | **GS-25F-0066M** |
| **CONTRACT PERIOD:** | **October 1, 2006 through September 30, 2011** |
| **CONTRACTOR:** | **Iron Mountain Information Management, Inc.** <br> **745 Atlantic Avenue** <br> **Boston, MA 02111** <br> **Telephone: (617) 535-8427** <br> **Facsimile: (617) 695-1838** <br> **Internet Address: http://www.ironmountain.com** <br> **Large Business** |
| **CONTRACT ADMINISTRATION:** | Ms. Caren Rempelakis <br> Contract Specialist, Legal Department <br> 745 Atlantic Avenue <br> Boston, MA 02111 <br> Telephone: (617) 535-8427 <br> Facsimile: (617) 695-1838 <br> Email: caren.rempelakis@ironmountain.com |

Pricelist current through Modification No. 9, dated May 31, 2007.

**IRON MOUNTAIN CONFIDENTIAL**
1

 IRON MOUNTAIN™

## Table of Contents

Page

Section 1 – Customer Information ........................................................................3

Section 2 – Listing of Products and Services .....................................................5

A. Records Management Services (SIN No. 51-504b)

   1. Hard Copy Services............................................................................5

   2. Off-Site Data Protection Services....................................................10

   3. Special Terms and Conditions Applicable
      To Records Management Services ..................................................12

B. Digital Archives Services (SIN No. 51-504b)

   1. Services Overview.............................................................................13

   2. Services Pricing................................................................................14

   3. Special Terms and Conditions Applicable
      To Digital Archives Services.............................................................16

C. Destruction Services (SIN No. 51-507)

   1. Services Overview.............................................................................21

   2. Services Pricing................................................................................22

   3. Special Terms and Conditions Applicable
      To Destruction Services1..................................................................23

D. Open Shelf and XOD Services (SIN No. 51-504)

   1. Services Overview.............................................................................26

   2. Services Pricing................................................................................26

   3. Special Terms and Conditions Applicable
      To Records Management Services ..................................................28

▲ IRON MOUNTAIN™

## SECTION 1 – CUSTOMER INFORMATION FOR ORDERING OFFICES
## APPLICABLE TO ALL SPECIAL ITEM NUMBERS

| | | |
|---|---|---|
| 1a. | AWARDED SPECIAL ITEM NUMBERS: | 51-504b – Records Management Services<br>51-507 – Destruction Services |
| 1b. | LOWEST PRICED MODEL: | Not Applicable |
| 1c. | HOURLY RATES: | $20.23 per hour to $1,496.25 per day for Records Management (see pages 8-10 of this Pricelist for details) |
| | | $2.62 per minute for Onsite Destruction Services (see page 22 of this Pricelist for details) |
| 2. | MAXIMUM ORDER: | Except as otherwise provided in the contract, the total dollar value per order placed shall not exceed $1,000,000 for Special Item Numbers (SIN) 51-504b or 51-507. Orders in excess of the foregoing limits may be accepted pursuant to clause I-FSS-125 ("Requirements Exceeding The Maximum Order") of the contract. |
| 3. | MINIMUM ORDER: | None |
| 4. | GEOGRAPHIC COVERAGE: | 48 contiguous States, the District of Columbia, Puerto Rico |
| 5. | POINT(S) OF PRODUCTION: | Not applicable |
| 6. | NET PRICES: | The prices in this Pricelist reflect net, and all discounts have been deducted. |
| 7. | QUANTITY DISCOUNTS: | None |
| 8. | PROMPT PAYMENT: | No additional discount offered. |
| 9. | | Government Purchase Cards (MasterCard and Visa) are accepted for purchases above or below the micropurchase threshold. |
| 10. | FOREIGN ITEMS: | None. |
| 11a. | TIME OF DELIVERY: | Next Day. |
| 11b. | Expedited delivery is not available. | |
| 11c. | Overnight and 2-day delivery are not available. | |
| 11d. | Urgent requirements (i.e., four-hour rush) are available. Please contact the local Iron Mountain office to request this service (open market item). | |
| 12. | F.O.B. POINT: | Not Applicable. |
| 13a. | ORDERING ADDRESS: | All Services |

IRON MOUNTAIN CONFIDENTIAL
3

▲ IRON MOUNTAIN™

Mr. Christopher R. Smith
Director, Program Management - Government Services
Iron Information Management, Inc.
21351 Ridgetop Circle, Suite 300
Dulles, VA 20166
Telephone: +1 (703) 654-6009
Fax: +1 (703) 738-7757
Email: government@ironmountain.com

13b.  ORDERING PROCEDURES:    For supplies and services, the ordering procedures, information on
                             Blanket Purchase Agreements (BPAs), and a sample BPA can be
                             found at the GSA/FSS Schedule homepage
                             (fss.gsa.gov/schedules).

14.   PAYMENT ADDRESSES:       For Records Management, Digital Archives and Destruction
                              Services payment shall be sent to the remittance address as noted
                              on the applicable invoice.

15.   WARRANTY:                The warranty applicable to each type of service provided under this
                              Pricelist is stated in the Special Terms and Conditions applicable
                              to each service as detailed in Section 2 (Listing of Products and
                              Services) of this Pricelist.

16.   LIST OF PARTICIPATING
      DEALERS:                 None.

17.   DUNS NUMBER:             62-253-5417.

18a.  CENTRAL CONTRACTOR
      REGISTRATION (CCR)
      DATABASE:                Iron Mountain Information Management has registered      in the
      Central Contractor Registration (CCR) Database.

18b.  CAGE CODE:               1JBF9.

---

IRON MOUNTAIN CONFIDENTIAL

 IRON MOUNTAIN™

## SECTION 2 – LISTING OF PRODUCTS AND SERVICES

This section of the Pricelist provides a listing of the Records Management, Digital Archives and Secure Shredding Services available from Iron Mountain Information Management, Inc., either directly or through its Iron Mountain Digital Archives and Iron Mountain Secure Shredding Divisions. Hard Copy and Off-Site Data Protection Services are available under the Records Management Service; Email, Imaging and Records and Statements Archiving Services are available under the Digital Archives Service; and Onsite and Offsite Regularly Scheduled or Special, On-call or Purge Services are available under the Secure Shredding Service. For all services, the net price to the Government for each service is reflected (i.e., the prices reflect all discounts).

Any questions regarding the services and prices included in this Pricelist should be referred to the following:

> Mr. Christopher R. Smith
> Director, Program Management – Government Services
> Iron Mountain Information Management, Inc.
> 21351 Ridetop Circle, Suite 300
> Dulles, VA 20166
> Tel: +1 (703) 654-6009
> Fax: +1 (703) 654-6009
> Email: government@ironmountain.com
> (Records Management, Off-Site Data Protection, Digital Archives and Secure Shredding Services)

## A. Records Management Services (Special Item No. 51-504b)

### 2. Hard Copy Services

a. Services Overview: Iron Mountain offers customers full services for all facets of records storage, including retrieval, transportation and processing. The Company also designs and implements enterprise-wide records management programs encompassing policy, roll-out and records management systems. Iron Mountain's solution is cost effective and provides customers with quick and easy access to records in storage.

With a wide variety of cartons and supplies for all storage requirements, Iron Mountain offers assured quality, convenience and security to all customers.

b. The following identifies the specific Iron Mountain Records Management Hard Copy Services and related prices available under this Pricelist.

 IRON MOUNTAIN

| CLIN | Task/Description | Unit | GSA Price/ Unit* |
|------|------------------|------|------------------|
| 001 | Add-Lots<br><br>Use this service to add new cartons to storage | Each | $1.04 |
| 002A | Pick-up within 50 mile radius<br><br>Use this service to have the first cubic foot of material picked up from an address located within 50 miles of the Iron Mountain location where it is to be stored | 1st box | $10.61 |
| 002B | Additional Pick-up within 50 mile radius<br><br>Use this service in conjunction with CLIN #002A when more than one cubic foot of material is to be picked up from an address located within 50 miles of the Iron Mountain location where it is to be stored | Additional boxes | $1.27 |
| 003 | Pick-up beyond 50 mile radius<br><br>Use this service when material is to be picked up from an address located beyond 50 miles of an Iron Mountain location | Each | $5.19 |
| 004A | Monthly Storage of Paper | cubic foot | $0.137 |
| 004B | Monthly Storage of magnetic media (e.g. 16mm Roll Film, 35mm Roll Film, Microfiche) in climate controlled environment using storage containers | cubic foot | $1.16 |

\* All prices are net cost to the Government Customer and include the 0.75% Industrial Funding Fee.

| CLIN | Task/Description | Unit | GSA Price/ Unit |
|------|------------------|------|-----------------|
| 004C | Monthly Storage of Individual Magnetic Tapes or Cartridges: | reel | $0.137 |
| 004D | Monthly Private Storage Space<br><br>Dedicated, environmentally controlled storage space occupied by one client exclusively (minimum of 103 square feet).<br><br>Not available in all locations. | Square Foot | $5.74 |
| 005 | Disposals | Each | $3.23 |

**IRON MOUNTAIN CONFIDENTIAL**
6

▲ IRON MOUNTAIN™

| CLIN | Task/Description | Unit | GSA Price/ Unit |
|------|------------------|------|-----------------|
|      | Disposal (i.e. destruction) of material | | |
| 006A | Retrieval of Container | Each | $2.77 |
|      | Retrieval of container(s) scheduled for delivery on a next-day basis. | | |
| 006B | Retrieval of Folder | Each | $4.05 |
|      | Retrieval of file(s) scheduled for delivery on a next-day basis | | |
| 006C | Rush Retrieval of Container | Each | $4.56 |
|      | Rush Retrieval of container(s) scheduled for delivery on a same-day basis | | |
| 006D | Rush Retrieval of File | Each | $6.43 |
|      | Rush Retrieval of file(s) scheduled for delivery on a same-day basis | | |
| 007 | Permanent Withdrawal | Each | $4.57 |
|      | Permanent Withdrawal of container | | |
| 008A | Delivery within 50 mile radius | 1st box | $11.69 |
|      | Use this service to have the first cubic foot of material delivered to an address located within 50 miles of the Iron Mountain location where it is stored | | |
| 008B | Additional Delivery within 50 mile radius | Additional boxes | $1.32 |
|      | Use this service in conjunction with CLIN #008A when more than one cubic foot of material is to be delivered to an address located within 50 miles of the Iron Mountain location where it is stored | | |
| 008C | Rush Delivery within 50 mile radius | 1st box | $33.33 |
|      | Use this service in conjunction with CLIN #006D when one cubic foot of material is to be delivered on a same-day basis to an address located within 50 miles of the Iron Mountain location where it is stored | | |
| 008D | Additional Rush Delivery within 50 mile radius | Additional boxes | $2.61 |
|      | Use this service in conjunction with CLIN #006D and CLIN #008C when more than one cubic foot of material is to be delivered on a same-day basis to an address located within 50 miles of the Iron Mountain location where it is stored | | |
| 009 | Shipping cost beyond 50 mile radius | Each | 3rd party cost + $2.34 each |
|      | Use this service when material is to be | | |

IRON MOUNTAIN CONFIDENTIAL
7

 IRON MOUNTAIN

| CLIN | Task/Description | Unit | GSA Price/ Unit |
|------|-----------------|------|-----------------|
| | delivered to an address located beyond 50 miles of the Iron Mountain location where it is stored. | | |
| 010A | Refile of Container | Each | $2.76 |
| | Refile of container to shelved location | | |
| 010B | Refile of File | Each | $4.05 |
| | Refile of file folder/item into a container | | |
| 011A | Photocopy Service | page | $0.11 |
| | Photocopy of pages contained in customer's material | | |
| 011B | Roll Film Duplication | roll | $11.67 |
| | Duplication of roll film container in customer's material | | |
| 011C | Microfiche Duplication | fiche | $1.12 |
| | Duplication of microfiche contained in customer's material. | | |
| 012 | Facsimile Services | page | $1.18 |
| | Facsimile of information container in customer inventory. CLIN to be used in conjunction with CLIN #006A | | |
| 013 | Monthly Storage of Palletized Material | cubic foot | $0.137 |
| | Material that is shrink-wrapped and palletized | | |
| 014 | Warehouse Clerk | hour | $21.04 |
| | Individual(s) responsible for performing functions outside the normal contract as outlined in a special project scope of work statement | | |
| 015 | Data Entry Specialist | hour | $21.04 |
| | Individual(s) responsible for keying data outside the normal contract as outlined in a special project scope of work statement | | |
| 016 | Emergency Services | hour | $21.04 |
| | Individual(s) responsible for performing normal duties after hours. | | |
| 017 | Project Manager/Coordinator | hour | $24.81 |
| | Supervisory level Individual(s) responsible for overseeing warehouse clerk(s) and data entry specialist(s) outside the normal contract as outlined in a special project scope of work statement | | |

▲ IRON MOUNTAIN"

| CLIN | Task/Description | Unit | GSA Price/ Unit |
|------|------------------|------|------|
| 018 | Records Analyst | hour | $36.41 |
| | Individual(s) responsible for providing analytical assistant outside the normal contract as outlined in a special project scope of work statement | | |
| 019 | Data Conversion Specialist | hour | $70.02 |
| | Individual(s) responsible for developing and implementing data conversions outside the normal contract as outlined in a special project scope of work statement | | |
| 020 | Site Preparation Coordinator | hour | $50.48 |
| | Individual(s) responsible for planning the orderly transfer of material from a third-party location to an Iron Mountain facility outside the normal contract as outlined in a special project scope of work statement | | |
| 021 | Senior Consultant/Engagement Manager | day | $1,556.10 |
| | Individual(s) responsible for overall engagement management, including strategy and planning. Primary duties include: Project scope generation, quality assurance, budget management, and management of engagement team. | | |
| | This CLIN can only be used within an approved consulting scope of work statement. | | |
| 022 | Project Manager | day | $985.54 |
| | Individual(s) responsible for the timely completion of engagement deliverables (milestones). Primary duties include: Project management and planning, status communication, quality assurance and management of staff consultants. | | |
| | This CLIN can only be used within an approved consulting scope of work statement. | | |
| 023 | Staff Consultant | day | $829.92 |
| | Individual(s) responsible for the completion of project tasks. Receiving direction from project managers, the primary duties include the development of project deliverables, communication pieces, and client training. | | |
| | This CLIN can only be used within an approved consulting scope of work statement. | | |

IRON MOUNTAIN CONFIDENTIAL

 IRON MOUNTAIN™

| CLIN | Task/Description | Unit | GSA Price/ Unit |
|---|---|---|---|
| 024 | Systems Analyst/Programmer<br><br>Individual(s) responsible for the generation of an engagement's technical specifications and methodologies. Primary duties include: System design, testing, and integration; data conversion and technical specification development; and programming support.<br><br>This CLIN can only be used within an approved consulting scope of work statement. | day | $829.92 |
| 027 | Legal Research Staff<br><br>Staff members merge legal and regulatory research with retention schedules. Primary duties include legal and regulatory database maintenance, report generation, and quality assurance.<br><br>This CLIN can only be used within an approved consulting scope of work statement. | day | $829.92 |

## 2. Off-Site Data Protection Services (Special Item No. 51-504b)

a. Services Overview: Iron Mountain's off-site data protection services provide secure, protected transport and off-site vaulting of backup tapes, managed continuous online data backup, recovery and off-premises vaulting for Windows NT and Windows 2000 servers, disaster recovery planning, testing, consultation and more.

For organizations that place a high value on disaster recovery services, Iron Mountain's off-site data protection services solution ensures that data is safe and securely vaulted off premises. Customers have fast emergency data retrieval support when, and wherever, it is needed.

b. The following identifies the specific Iron Mountain Records Management Off-Site Data Protection Services and related prices available under this Pricelist.

| CLIN | Task/Description | Unit | GSA Price/ Unit |
|---|---|---|---|
| 028 | Regular transportation<br><br>Use this service for regularly scheduled pick-up and delivery to or from client data center within 50 miles of an IMOSDP facility | Per trip | $22.83 |

▲ IRON MOUNTAIN™

| CLIN | Task/Description | Unit | GSA Price/ Unit |
|---|---|---|---|
| 028a | Long distance transportation<br><br>Use this service in addition to CLIN #1, #12, #13 and #14 when the client data center is greater than 50 miles from an IMOSDP facility | Per mile | $.53 |
| 029 | Tape slotting<br><br>Use this service for the vault storage, security and protection of all individual pieces of media | Per slot monthly | $.24 |
| 030 | Tape handling<br><br>Use this service for the labor involved in pulling individually slotted media going back to client data center and for distributing individually slotted media coming from the client data center | Per tape handled | $.10<br><br>$29.93 per month minimum when this service is utilized |
| 031 | Containers (20 capacity or small)<br><br>Use this service for the vault storage, security and protection of all types of media utilizing the containerized method in small size containers | Per container monthly | $8.82 |
| 032 | Containers (40 capacity or medium)<br><br>Use this service for the vault storage, security and protection of all types of media utilizing the containerized method in medium size containers | Per container monthly | $10.89 |
| 033 | Containers (60 capacity or large)<br><br>Use this service for the vault storage, security and protection of all types of media utilizing the containerized method in large size containers | Per container monthly | $21.79 |
| 034 | Container handling<br><br>Use this service for the labor involved in pulling containerized media going back to client data center and for distributing containerized media coming from the client data center | Per container handled | No charge |
| 035 | Transport containers<br><br>Use this service for containers utilized when transporting individually slotted media to and from the client data center | Per container monthly | $5.19 |
| 036 | Transport carts (480 capacity)<br><br>Use this service for carts utilized when | Per cart monthly | $93.37 |

**IRON MOUNTAIN CONFIDENTIAL**<br>11

 IRON MOUNTAIN

| CLIN | Task/Description | Unit | GSA Price/ Unit |
|------|------------------|------|-----------------|
| | transporting extremely large quantities of individually slotted media to and from the client data center | | |
| 037 | Administrative fee<br><br>Use this service for all administrative functions involved in managing the client account including security authorization management | Per month | $14.01 |
| 038 | Technology fee<br><br>Use this service for enhanced tape management via hardware / software at client site (i.e. -- Media Link, SecureSync, MMCS) | Per month | $186.73<br><br>**SecureSync is provided at no additional cost |
| 039 | Unscheduled delivery<br><br>Use this service to request an emergency media return within 24 hours | Per request | $42.02 |
| 040 | Emergency delivery<br><br>Use this service to request an emergency media return within 4 hours | Per request | $84.03 |
| 041 | Critical delivery<br><br>Use this service to request an emergency media return within 2 hours | Per request | $116.71 |
| 042 | Sub-account transportation<br><br>Use this service as a substitute for CLIN #1 when the client data center is located in the same building and` serviced on the same day and time as an existing agency account | Per trip | $9.34 |

## 3. Special Terms and Conditions Applicable To Records Management Services

a. **Operational Procedures.** Upon written notice, the Customer shall comply with Iron Mountain's reasonable operational requirements, as modified from time to time, regarding containers, delivery/pick-up volumes, security, access and similar matters. Customer acknowledges that volume requests that exceed one hundred twenty-five percent (125%) of normal volume may require Iron Mountain to incur additional costs, which Customer shall

**IRON MOUNTAIN CONFIDENTIAL**
12

▲ IRON MOUNTAIN™

pay at Iron Mountain's overtime rates, provided that Iron Mountain shall have advised Customer thereof in advance.

**b. Governmental Orders.** Iron Mountain is authorized to comply with any subpoena or similar order related to the Deposits, provided that Iron Mountain notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Iron Mountain's reasonable charges for such compliance. Iron Mountain shall cooperate with Customer's efforts to quash or limit any subpoena.

**c. Warranty.** The liability of Iron Mountain to the Customer for any loss(es) or damage(s), whether caused by Iron Mountain's negligence or not, shall be limited to actual damages not to exceed $1.00 per cubic feet of records stored, or with respect to round reel tape, audio tape, video tape, film, data cartridges or data cassettes, or other non-paper media stored, the value of such stored items is limited to the cost of replacing the physical media. If Customer intends to store material in excess of these limits, additional insurance must be provided by Customer. Without limiting the foregoing, Iron Mountain shall not be liable for any damages due to vermin, gradual deterioration, acts of God or the public enemy, labor disputes, riots, fire, or any cause beyond its control. Any claim against Iron Mountain must be made in writing and delivered to Iron Mountain by registered mail not later than thirty (30) days after return of Deposits to Customer.

**d. Restrictions On Stored Material; Customer Premises.** Customer shall not store with Iron Mountain any material that is highly flammable, explosive, toxic or otherwise dangerous or unsafe to store or handle, or any material which is regulated under any federal or state law or regulation relating to the environment or hazardous materials. All Customer's premises where Iron Mountain's employees perform services or make deliveries shall be free of hazardous substances and any other hazardous or dangerous conditions.



## B. Digital Archives Services (Special Item No. 51-504b)

### 1. Services Overview

Iron Mountain Digital Archives is a highly scalable, hosted digital document archive service designed for secure, low-cost, long-term storage and retrieval of important electronic documents such as scanned images, computer generated *statements*, reports, statements and e-mail.

Iron Mountain Digital Archives' web-based service consolidates electronic documents from various host systems into an Internet-accessible archive where they can be easily indexed, archived, managed and retrieved. Secure, permissions-based functionality includes primary index and text search, document retrieval, document viewing, document annotation, PCL printing, document downloading and saving, *document faxing* and document e-mailing.

Iron Mountain Digital Archive security paradigms include user ID and password and 128-bit Secure Socket Layer, SSL encryption to ensure document protection. As an outsourced service, Iron Mountain Digital Archives helps government agencies quickly implement document archival solutions by eliminating upfront capital costs, software purchases, complex system administration *and system maintenance*, development, training and the difficulties associated with storage capacity forecasting including software and media obsolescence. Agencies pay for only what they need, for as long as they need it.

Typical uses for Iron Mountain Digital Archives hosted archival service include Computer Output Microfiche, COM replacement, greenbar print replacement, vital records archive and e-mail archive for litigation/discovery support. Our fully documented API/*Web Services* lets customers link their archived documents to customer facing applications such as Internet portal applications, internal customer software packages, etc.

Iron Mountain Digital Archives' pay-as-you-go service does not require the installation of any hardware or software within your organization. The Iron Mountain Digital Archives is a totally web-based service, that users access using standard browsers over the Internet. Documents are hosted in our

▲ IRON MOUNTAIN™

secure facilities in Pennsylvania. Our unique data center has a single entrance with armed guards and is operational 24 hours a day, seven days a week, 365 days per year.

**2. The following identifies the specific Digital Archives Services and related prices available under this Pricelist.**

| Service Description | GSA Price* |
|---|---|
| Email Archiving Setup | $214.09 per hour |
| Image Archiving Setup | $214.09 per hour |
| E-statement Archiving Setup | $214.09 per hour |
| Project Management | $214.09 per hour |
| Customized Reporting | $128.46 per hour |
| Document De-conversion | $128.46 per hour |
| Copying of Files | $107.05 per hour plus materials |
| Migration Due to Destruction Postponement | $107.05 per hour |
| Training** | $1284.56 per day, or $171.28 per hour, plus travel expenses |
| Consulting | $266.91 per hour |
| Destruction By Shredding of WORM Media | $4.28 per tape |

\* Prices are net cost to Government Customer and reflect a 15% discount plus the 0.75% Industrial Funding Fee.

\*\* One on-line training session for the Government Customer's administrator is included in the Setup fee. Additional training will be provided at Iron Mountain in Boston, Massachusetts or at the Customer's location at the prices specified. Travel expenses will be reimbursed in accordance with the Customer's travel policy(ies).

(See next page for storage and retrieval fees for Email Archiving, Image Archiving and **Computer Output** Archiving Services.)

**IRON MOUNTAIN CONFIDENTIAL**
15

 **IRON MOUNTAIN**

## Email Archive Services (Quantity of One)

| PLATINUM SERVICE LEVEL (Response time: Immediate) | |
|---|---|
| Storage Type | Data maintained on spinning disks on a storage drive |
| Storage Fees | $20.75/GB/month (For Quantity of One) |
| Retrieval Fees* | None |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search and archived messages |
| **GOLD SERVICE LEVEL (Response time: Less than 5 minutes)** | |
| Storage Type | WORM Tape in automatic silo |
| Storage Fees | $8.56/GB/month (For Quantity of One) |
| Retrieval Fees* | None |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search and archived messages |
| **SILVER SERVICE LEVEL (Response time: Next Business Day)** | |
| Storage Type | WORM Tape in racks |
| Storage Fees | $5.14/GB/month (For Quantity of One) |
| Retrieval Fees* | $0.051 per message |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search |
| | 5-days/week (M-F, excluding holidays) x 12-hrs/day for archived messages |
| **FULL TEXT INDEXING (Response time: Immediate)** | |
| Storage Type | Data maintained on spinning disks on a storage drive |
| Storage Fees | $7.71/GB/month (For Quantity of One) |
| Retrieval Fees* | None |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search |

\* A retrieval is defined as accessing the details of a message (including either the "body text" or an attachment).

## Image Archive Services (Quantity of One)

| PLATINUM SERVICE LEVEL (Response time: Immediate) | |
|---|---|
| Storage Type | Data maintained on spinning disks on a storage drive |
| Storage Fees | $20.75/GB/month (For Quantity of One) |
| Retrieval Fees* | No Charge |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search and imaged documents |
| **GOLD SERVICE LEVEL (Response time: Less than 5 minutes)** | |
| Storage Type | Tape or Optical Disk in automatic silo |
| Storage Fees | $8.56/GB/month (For Quantity of One) |
| Retrieval Fees* | No Charge |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search and imaged documents |
| **SILVER SERVICE LEVEL (Response time: Next Business Day)** | |
| Storage Type | Tape or Optical Disks in racks |
| Storage Fees | $5.14/GB/month (For Quantity of One) |
| Retrieval Fees* | $0..051 per document |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search |
| | 5-days/week (M-F, excluding holidays) x 12-hrs/day for imaged documents |
| **FULL TEXT INDEXING (Response time: Immediate)** | |
| Storage Type | Metadata maintained on spinning disks on a storage drive |
| Storage Fees | $7.71/GB/month (For Quantity of One) |
| Retrieval Fees* | No Charge |
| Availability | 7-days/week x 24-hrs/day x 365-days/year For index search |

\* A retrieval is defined as accessing one document consisting of one (1) or many pages.



### Computer Output Archive Services (Quantity of One)

| PLATINUM SERVICE LEVEL (Response time:  Immediate) | |
| --- | --- |
| Storage Type | Data maintained on spinning disks on a storage drive |
| Storage Fees | $29.12/GB/month (For Quantity of One) |
| Retrieval Fees* | No Charge |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search and imaged documents |
| GOLD SERVICE LEVEL (Response time:  Less than 5 minutes) | |
| Storage Type | Tape or Optical Disk in automatic silo |
| Storage Fees | $8.56/GB/month (For Quantity of One) |
| Retrieval Fees* | No Charge |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search and imaged documents |
| SILVER SERVICE LEVEL (Response time:  Next Business Day) | |
| Storage Type | Tape or Optical Disks in racks |
| Storage Fees | $5.14/GB/month (For Quantity of One) |
| Retrieval Fees* | $0.051 per document |
| Availability | 7-days/week x 24-hrs/day x 365-days/year for index search |
| | 5-days/week (M-F, excluding holidays) x 12-hrs/day for imaged documents |
| FULL TEXT INDEXING (Response time:  Immediate) | |
| Storage Type | Metadata maintained on spinning disks on a storage drive |
| Storage Fees | $7.71/GB/month (For Quantity of One) |
| Retrieval Fees* | No Charge |

\* A retrieval is defined as accessing one document consisting of one (1) or many pages.

### 3. Special Terms and Conditions Applicable To Digital Archives Services

**a. Commencement of Services.** Iron Mountain will provide Digital Archives Services commencing on the date when Customer has installed any necessary software or hardware in Customer's electronic data and communications systems and established appropriate communications facilities to deliver Customer's electronic records to Iron Mountain.

**b. Type of Electronic Records Stored.**

(1) For electronic storage of email or *computer output* (both transmitted by Customer and received by Customer), Customer shall be responsible for classifying email or *computer output* and assigning retention periods to classes of email/*computer output* transmitted to Iron Mountain.  Customer email or *computer output* received by Iron Mountain are referred to as "Customer Data".  The following features apply to the Email and *Computer Output* Archiving Services:

# ▲ IRON MOUNTAIN™

      (a) An index of all items of Customer Data received by Iron Mountain, with searchable fields including to/from/subject/ date/bc/bcc, will be created.

      (b) An auditable trail of system actions to verify the integrity of Customer Data will be provided.

      (c) Customer Data may be searched and retrieved by customer through secure web interface.

      (d) Customer Data may be printed or downloaded to Customer's local storage device.

    (2) For electronic storage of images that have been recorded in an electronic format (Image Archiving Service), the following features apply:

      (a) File formats archived will include a TIFF, PDF, and/or TXT.

      (b) An index of all records submitted to the Image Archives, searchable through index values will be created.

      (c) An auditable and searchable audit trail of system actions to verify the integrity of archived records will be provided.

      (d) Imaged documents may be annotated and annotations preserved as part of the archived image metadata.

      (e) Imaged documents may be migrated from one service level to another, depending on Customer requirements.

      (f) Imaged documents and associated metadata may be destroyed according to retention policies established by Customer.

      (g) Access to Customer's stored records can be accomplished through a secure Internet-connected desktop computer using Microsoft Internet Explorer version 5.5 or higher.

      (h) All electronic information is accessed over a secure socket layer ("SSL") connection.

**IRON MOUNTAIN™**

(i) Archived electronic records can be searched and retrieved by Customer through a web interface, located electronic records can be printed, emailed or downloaded to Customer's local storage.

### c. Storage Format.

(1) Iron Mountain will store Customer Data as Iron Mountain and Customer agree. Customer Data will be stored on standard magnetic tape or Write Once, Read Many, WORM tape (except for that portion stored at Service Level 1, which will be maintained on spinning disks).

(2) Imaged documents will be formatted in a Group IV TIFF or PDF format as generated during the scanning process or as defined by the Customer's requirements.

### d. Implementation Responsibilities.
Iron Mountain and Customer will mutually develop a detailed implementation plan within 10 business days after the receipt of any Order. This plan will identify the responsibilities and requirements of both parties prior to commencement of the Digital Archives Services. Customer will also identify its key contact assigned the responsibility for implementing the service.

### e. Access to Customer Data.
Customer shall be responsible for assigning usernames and passwords for all Customer personnel authorized to access Customer Data ("Authorized Users"). Iron Mountain will have no obligation to provide Digital Archives Services requested by an Authorized User until it has been notified of such Authorized User's username and password, nor will it have any liability for providing Archives Services to an Authorized User or former Authorized User whose access privileges have been terminated by Customer unless and until it has been notified in writing of the termination of such Authorized User's access privileges.

### f. Security.
The Digital Archives Services shall be provided from service centers or facilities designated by Iron Mountain (collectively, the "Service Centers"). Iron

▲ IRON MOUNTAIN™

Mountain shall maintain and enforce at the Service Centers safety, electronic and physical security procedures that are commensurate with industry standards. In addition, Iron Mountain shall cause interfaces between any servers used in providing the Digital Archives Services and the internet to include firewalls or other online security infrastructure commensurate with industry standards to protect against unauthorized access and disclosure.

### g. Service Level Warranty.

(1) Iron Mountain will cause the Services to be operative not less than 99.0% of the time, excluding maintenance and upkeep time of five (5) hours per month, which will be scheduled outside normal business hours, to the extent possible.

(2) In the event that Customer experiences Down Time in excess of that described in (c) below, Iron Mountain will, upon Customer's written request, issue credits to Customer's account as described below. The credits shall be as follows:

- For the first event of Down Time in any calendar year, no credit shall be provided.

- For the second event of Down Time in any calendar year, Iron Mountain shall credit the Customer with one-sixtieth of the Archiving Fee charged for the immediately preceding month (half-day credit).

- For the third and each subsequent event of Down Time in any calendar year, Iron Mountain shall credit the Customer with one-thirtieth of the Archiving Fee charged for the immediately preceding month (full-day credit).

(3) Down Time: "Down Time" shall mean any network event resulting in time during which Customer cannot access the Archiving Service for a period in excess of thirty (30) minutes, provided that Down Time shall not include any periods during which Customer cannot access the Archiving Service due to (i) factors outside Iron Mountain's reasonable control; or (ii) the results of any action or inaction of Customer, its employees,

▲ IRON MOUNTAIN™

> or authorized Customer users, or any third parties; or
> (iii) Customer's, Customer's employees, or authorized
> users' equipment or telecommunications facilities,
> and/or third party equipment or intercommunication
> facilities that are not within the sole control of Iron
> Mountain. Down Time is measured from the time of
> Customer notification of the condition (or, if earlier,
> the time of detection by Iron Mountain) to the time the
> condition is corrected.
>
> (4) Notwithstanding the foregoing, Iron Mountain shall
> have the right, in the event of a national security risk
> event or disaster affecting internet security
> infrastructure, such as firewalls or other online
> security systems, to temporarily suspend access from
> customers. During any such suspension, Iron
> Mountain will use commercially reasonable best
> practices to ensure the integrity of Customer Data.
> Such suspensions will only be in effect during and no
> longer than a period equal to the time necessary to
> eliminate risk to Iron Mountain and Customer Data.
> Any such suspension will not constitute Down Time
> for purposes of this Service Level Warranty.
>
> **h. Support Services.** Iron Mountain will provide support for
> the Archiving Services as follows:
>
>> (1) **During Business Hours:** Iron Mountain will provide
>> Customer with technical advice and support of
>> Customer's use of the Archiving Services, including
>> Help Desk Support, assistance with any new releases
>> and upgrades installed by Iron Mountain, and any
>> supplemental training services as reasonably
>> requested by Customer.
>>
>> (2) **Outside of Business Hours:** Outside of Business
>> Hours, calls will be handled by operators who will ask
>> questions on the nature of the problem in order to
>> direct the call to the appropriate engineer. Callers
>> should be prepared with a telephone number where
>> they may be reached for call back, as well as any
>> relevant technical information. A support engineer will
>> be allocated to the call and will respond to the
>> emergency.

**▲ IRON MOUNTAIN**

    **i. Governmental Orders.** Iron Mountain is authorized to comply with any subpoena or similar order related to the Deposits, provided that Iron Mountain notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Iron Mountain's reasonable charges for such compliance. Iron Mountain shall cooperate with Customer's efforts to quash or limit any subpoena.

    **j. Limitation of Liability.**

        **1.** EXCEPT FOR INDEMNIFICATION OBLIGATIONS SET FORTH HEREIN AND CONFIDENTIALITY OBLIGATIONS, IN NO EVENT SHALL IRON MOUNTAIN BE LIABLE: (A) FOR LOST PROFITS OR SAVINGS, BUSINESS OR INTERRUPTION OF BUSINESS, OR FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES IN CONNECTION WITH THE PROVISION OF DIGITAL ARCHIVES SERVICES UNDER THIS PRICELIST, HOWEVER CAUSED, UNDER ANY THEORY OF LIABILITY, OR (B) FOR DAMAGES OF ANY KIND IN EXCESS OF THE AMOUNT OF THE AMOUNT PAID BY CUSTOMER FOR DIGITAL ARCHIVES SERVICES IN RESPECT OF THE THREE-MONTH PERIOD PRECEDING THE EVENT GIVING RISE TO SUCH LIABILITY.

        **2.** NOTWITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT, IRON MOUNTAIN SHALL HAVE NO LIABILITY IN THE EVENT OF LOSS OR DESTRUCTION OF, OR DAMAGE TO, DATA OR DOCUMENTS STORED IN THE DIGITAL ARCHIVES UNLESS SUCH LOSS, DAMAGE OR DESTRUCTION IS CAUSED BY IRON MOUNTAIN'S NEGLIGENCE. IN THE EVENT IRON MOUNTAIN IS SO LIABLE FOR LOSS, DESTRUCTION OR DAMAGE, THE AMOUNT OF ITS LIABILITY SHALL NOT EXCEED THE AMOUNT PAID OR PAYABLE BY CUSTOMER UNDER THIS PRICELIST FOR SERVICES IN RESPECT OF THE THREE-MONTH PERIOD PRECEDING THE EVENT GIVING RISE TO SUCH LIABILITY.

    **k. Limitation on Customer Rights in Processes, Technology.** By obtaining Digital Archives Services under this Pricelist, Customer does not obtain any ownership rights in such Services, the technology used to provide such Services, any "metadata" or indices created by Iron Mountain in connection with the performance of such Services, any documentation related to such Services, or any processes used by Iron Mountain to provide such Services, all of which shall be the exclusive property of Iron Mountain.

 IRON MOUNTAIN®

## C. Secure Shredding Services (Special Item No. 51-507)

### 1. Services Overview

Iron Mountain's Secure Shredding Services provide a cost-effective, comprehensive and managed program for the secure and confidential shredding of information, regardless of media or format. Both Regularly Scheduled and Special, On-call or Purge Services are offered on an offsite or onsite basis. Offsite shredding is performed at Iron Mountain's secure facilities after the material is picked up at and transported from the customer's location. Whether the material is stapled, clipped or bound, or is plastic (e.g., microfiche, tapes) Iron Mountain can shred virtually any material in any format. Onsite shredding is performed in Iron Mountain's state-of-the-art mobile shredding vehicles at the customer's site(s), thus accommodating the customer who wants to witness the destruction of their materials or does not want undestroyed materials to leave their premises.

Iron Mountain also offers customized solutions for customers with unique requirements. Iron Mountain's extensive background in all areas of secure destruction enables us to tailor a solution to suit the customer's requirements, providing expertise in the areas of legal compliance, security procedures, liability exposure, destruction plans, site analysis, management reporting and more.

### 2. The following identifies the specific Secure Shredding Services and related prices available under this Pricelist:

| Regularly Scheduled Service | | GSA Price** |
|---|---|---|
| Offsite: | | |
| | 1 container | $45.34 per visit |
| | 2 – 4 containers | $22.67 per container per visit |
| | 5 – 9 containers | $20.15 per container per visit |
| | 10 – 19 containers | $17.63 per container per visit |
| | 20+ containers | $15.11 per container per visit |
| Onsite: | | |

*

The quantity measure "container" includes either a security console or 65 gallon cart container.

**

Prices are net cost to the Government customer and include the 0.75% Industrial Funding Fee. The net total monthly cost to the Government Customer will depend on the number of containers, number of visits per month, quantity of materials involved, and time (for Onsite Special Services only).

IRON MOUNTAIN CONFIDENTIAL

**IRON MOUNTAIN**

|  | 1 container | $54.41 per visit |
|---|---|---|
|  | 2 – 4 containers | $27.20 per container per visit |
|  | 5 – 9 containers | $24.18 per container per visit |
|  | 10 – 19 containers | $21.16 per container per visit |
|  | 20+ containers | $18.14 per container per visit |
| Special Services |  |  |
| Offsite: |  |  |
|  | Paper | $0.101 per pound |
|  | Approved Plastic Media | $0.403 per pound |
|  | Minimum Service Charge | $45.34 per visit |
| Onsite (Per Pound): |  |  |
|  | Paper | $0.131 per pound |
|  | Minimum Service Charge | $50.38 per visit |
| Onsite (Per Minute): |  |  |
|  | Per minute | $2.62 |
|  | Minimum Service Charge | $50.38 per visit |

## 3. Special Terms and Conditions Applicable To Secure Shredding Services (SIN 51-507)

a. **Operational Procedures**: Upon written notice, the Customer shall comply with Iron Mountain's reasonable operational requirements, as modified from time-to-time, regarding container, pick-up volumes, security, access and similar matters. Customer acknowledges that volume requests that exceed one-hundred twenty-five percent (125%) of normal volume may require Iron Mountain to incur additional costs, which Customer will pay provided that Iron Mountain shall have advised Customer thereof in advance.

b. **Authorization; Customer Instructions**: Deposits may be disposed of pursuant to direction of Customer's authorized officials. Authority granted to any persons on standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order disposal of Customer's Deposits. Such orders may

***

The $45.34 and $50.38 Minimum Service Charges for Special Services apply only when the Government Customer provides five (5) or more business days notice of the required service. The Minimum Service Charge when less than 5 business days notice is provided must be negotiated case-by-case.

**IRON MOUNTAIN**

be given in person, by telephone or in writing (fax electronically, or hard-copy).

**c. Ownership Warranty**: Customer warrants that it is the owner or legal custodian of the Deposits and has full authority to direct their disposition in accordance with the terms of this Pricelist.

**d. Restrictions on Stored Material; Customer Premises**: Customer shall not deliver to Iron Mountain for secure shredding any material that is highly flammable, explosive, toxic or otherwise dangerous or unsafe to store or handle, or any material which is regulated under any federal or state law or regulation relating to the environment or hazardous materials. All Customer's premises where Iron Mountain's employees perform services hereunder shall be free of hazardous substances and any other hazardous or dangerous conditions.

**e. Government Orders**: Iron Mountain is authorized to comply with any subpoena or similar order related to the Deposits, provided that Iron Mountain notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Iron Mountain's reasonable charges for such compliance. Iron Mountain shall cooperate with Customer's efforts to quash or limit any subpoena.

**f. Liability With Respect to Non-Storage Services**: With respect to Secure Shredding services which do not involve the storage of Deposits, Iron Mountain's maximum liability for any loss or default shall be: (1) if such loss or default relates to a discrete project, the total fees paid by Customer to Iron Mountain for such project; or (2) if such loss or default arises from services that are of an ongoing and continuing nature, the total amount of fees paid by Customer to Iron Mountain for the performance of such services during the immediately preceding six-month period. With respect to Secure Shredding services, Iron Mountain shall not be responsible or liable in any manner whatsoever for the release or loss of any materials deposited in bins or otherwise delivered to it for secure shredding unless the release or loss is due to Iron Mountain's negligence or willful misconduct. In no event shall Iron Mountain be liable for any consequential, incidental, special or punitive damages in connection with the provision of Secure Shredding services, regardless of

▲ IRON MOUNTAIN™

whether an action is brought in tort, contract or any other theory.

## D. Open Shelf and X-Ray on Demand (XOD) Services (Special Item No. 51-504)

### 1. Services Overview

#### OPEN SHELF SERVICE

Iron Mountain's experienced staff and secure facilities make off-site storage and management of your records a cost-effective and easy choice. We provide a seamless extension to your existing file room operations, eliminating the challenge of managing thousands of patient files.

Iron Mountain's solution provides the following:
Unlimited open shelf capacity to store your purged patient files
Regularly scheduled pick-ups and deliveries – as well as on-demand deliveries
Indexing and storage in terminal digit sequence that mirrors your filing system
24/7 web-based access to your patient records
Local, secure facilities

In addition, we can store and manage a broad range of media, including medical files, radiology films, cine films, pathology slides, paraffin blocks and fetal monitor strips, as well as human resources and other administrative records.

#### X-RAY ON DEMAND SERVICE

X-ray on Demand (XOD) service is a fast, efficient and highly cost-effective solution for customers who need periodic access to select radiology studies and films. With XOD, radiology films are scanned and images are sent electronically to your PACS or Quality Control Station.

### 2. The following identifies the specific OPEN SHELF and X-Ray On Demand Services and related prices available under this Pricelist:

| Bill Code | Bill Code Desc - English | Generic Description | Unit of Issue | GSA Price (with .75% IFF) | Country of Origin | Warranty |
|---|---|---|---|---|---|---|
| 1121 | OPEN SHELF RETRIEVAL | OPEN SHELF RETRIEVAL - The act of physically locating and pulling a file from an open shelf storage location in an Iron Mountain facility within our standard delivery options. | File | $   1.25 | USA | N/A |



| Bill Code | Bill Code Desc - English | Generic Description | Unit of Issue | GSA Price (with.75% 1FF) | | Country of Origin | Warranty |
|---|---|---|---|---|---|---|---|
| 1141 | OPEN SHELF RUSH RETRIEVAL | OPEN SHELF RUSH RETRIEVAL - The act of physically locating and pulling a file from an open shelf storage location in an Iron Mountain facility on a same day basis outside of our standard delivery options. | File | $ | 2.50 | USA | N/A |
| 1161 | OPEN SHELF REFILE | OPEN SHELF REFILE - A file, previously retrived by the Customer, which is returned to storage. | File | $ | 1.25 | USA | N/A |
| 1190 | OPEN SHELF INTERFILE | OPEN SHELF INTEREFILE - A file, not previously retrived by the Customer, which is added to storage. | File | $ | 1.25 | USA | N/A |
| 1191 | OPEN SHELF DROP FILING | OPEN SHELF DROP FILING - Pages added to a previously existing file. | Page | $ | 1.25 | USA | N/A |
| 1329 | OPEN SHELF DESTRUCTION-SHRED | OPEN SHELF DESTRUCTION-SHRED - The removal of identified items from storage via supervised shredding, Rendering those materials beyond reconstruction. | File | $ | 0.50 | USA | N/A |
| 1333 | OPEN SHELF PERMANENT WITHDRAWAL | OPEN SHELF PERMANENT WITHDRAWAL - The removal of a file from storage that will not be returning to storage. | File | $ | 0.50 | USA | N/A |
| 1340 | OPEN SHELF INDIVIDUAL LISTING - IM | OPEN SHELF INDIVIDUAL LISTING - IM - The per file charge for data entry of file descriptions. (Limit 3 lines of information) | File | $ | 0.30 | USA | N/A |
| 1850 | OPEN SHELF RECEIVING & ENTRY | OPEN SHELF RECEIVING & ENTRY - The charge applied when a new linear foot is sent to storage for the first time. | LF | $ | 3.00 | USA | N/A |
| 1861 | STG LF PW'D,MEDICAL | STG LF PW'D,MEDICAL - Storage of Linear Feet Permanantly Withdrawn | LF | $ | 0.26 | USA | N/A |
| 1862 | STG LF PW'D, LEGAL | STG LF PW'D, LEGAL - Storage of Linear Feet Permanantly Withdrawn | LF | $ | 0.26 | USA | N/A |
| 1863 | STG LF PW'D, X-RAY | STG LF PW'D, X-RAY - Storage of Linear Feet Permanantly Withdrawn | LF | $ | 0.39 | USA | N/A |
| 1864 | STG LF PW'D | STG LF PW'D - Storage of Linear Feet Permanantly Withdrawn | LF | $ | 0.26 | USA | N/A |
| 1871 | STG LF DEST,MEDICAL | STG LF DEST,MEDICAL - Storage of Linear Feet Destroyed | LF | $ | 0.26 | USA | N/A |
| 1872 | STG LF DEST, LEGAL | STG LF DEST, LEGAL - Storage of Linear Feet Destroyed | LF | $ | 0.26 | USA | N/A |
| 1873 | STG LF DEST, X-RAY | STG LF DEST, X-RAY - Storage of Linear Feet Destroyed | LF | $ | 0.39 | USA | N/A |
| 1874 | STG LF DEST | STG LF DEST - Storage of Linear Feet Destroyed | LF | $ | 0.26 | USA | N/A |
| 1881 | STORAGE LF NEW, MED | STORAGE LF NEW, MED - Storage of New Linear Feet | LF | $ | 0.26 | USA | N/A |
| 1882 | STG LF NEW, LEGAL | STG LF NEW, LEGAL - Storage of New Linear Feet | LF | $ | 0.26 | USA | N/A |
| 1883 | STG LF NEW, X-RAY | STG LF NEW, X-RAY - Storage of New Linear Feet | LF | $ | 0.39 | USA | N/A |
| 1884 | STORAGE LF NEW | STORAGE LF NEW - Storage of New Linear Feet | LF | $ | 0.26 | USA | N/A |
| 1891 | STORAGE LF, MEDICAL | STORAGE LF, MEDICAL - Storage of Linear Feet | LF | $ | 0.26 | USA | N/A |
| 1892 | STORAGE LF, LEGAL | STORAGE LF, LEGAL - Storage of Linear Feet | LF | $ | 0.26 | USA | N/A |
| 1893 | STORAGE LF, X-RAY | STORAGE LF, X-RAY - Storage of Linear Feet | LF | $ | 0.39 | USA | N/A |

 IRON MOUNTAIN

| Bill Code 1894 | Bill Code Dese - English STORAGE LF | Generic Description STORAGE LF - Storage of Linear Feet | Unit of Issue LF | GSA Price (with.75% IFF) $    0.26 | Country of Origin USA | Warranty N/A |
|---|---|---|---|---|---|---|
| Tier 1 | XOD-S-T1 | X-Ray On Demand - 0 to 100 Studies per day | Month | $    4,055.79 | USA | N/A |
| Tier 2 | XOD-S-T2 | X-Ray On Demand - 101 to 200 Studies per day | Month | $    8,804.20 | USA | N/A |
| Tier 3 | XOD-S-T3 | X-Ray On Demand - 201-300 Studies per Day | Month | $   12,013.79 | USA | N/A |

**IRON MOUNTAIN CONFIDENTIAL**
28

**▲ IRON MOUNTAIN**

### 3. Special Terms and Conditions Applicable To Digital Archives Services

    **a. Commencement of Services.** Iron Mountain will provide Digital Archives Services commencing on the date when Customer has installed any necessary software or hardware in Customer's electronic data and communications systems and established appropriate communications facilities to deliver Customer's electronic records to Iron Mountain.

    **b. Type of Electronic Records Stored.**

        (1) For electronic storage of email or *computer output* (both transmitted by Customer and received by Customer), Customer shall be responsible for classifying email or *computer output* and assigning retention periods to classes of email/*computer output* transmitted to Iron Mountain. Customer email or *computer output* received by Iron Mountain are referred to as "Customer Data". The following features apply to the Email and *Computer Output* Archiving Services:

           (a) An index of all items of Customer Data received by Iron Mountain, with searchable fields including to/from/subject/ date/bc/bcc, will be created.

           (b) An auditable trail of system actions to verify the integrity of Customer Data will be provided.

           (c) Customer Data may be searched and retrieved by customer through secure web interface.

           (d) Customer Data may be printed or downloaded to Customer's local storage device.

        (2) For electronic storage of images that have been recorded in an electronic format (Image Archiving Service), the following features apply:

           (a) File formats archived will include a TIFF, PDF, and/or TXT.

           (b) An index of all records submitted to the Image Archives, searchable through index values will be created.

▲ IRON MOUNTAIN˚

    (c) An auditable and searchable audit trail of system actions to verify the integrity of archived records will be provided.

    (d) Imaged documents may be annotated and annotations preserved as part of the archived image metadata.

    (e) Imaged documents may be migrated from one service level to another, depending on Customer requirements.

    (f) Imaged documents and associated metadata may be destroyed according to retention policies established by Customer.

    (g) Access to Customer's stored records can be accomplished through a secure Internet-connected desktop computer using Microsoft Internet Explorer version 5.5 or higher.

    (h) All electronic information is accessed over a secure socket layer ("SSL") connection.

    (i) Archived electronic records can be searched and retrieved by Customer through a web interface, located electronic records can be printed, emailed or downloaded to Customer's local storage.

### c. Storage Format.

    (1) Iron Mountain will store Customer Data as Iron Mountain and Customer agree. Customer Data will be stored on standard magnetic tape or Write Once, Read Many, WORM tape (except for that portion stored at Service Level 1, which will be maintained on spinning disks).

    (2) Imaged documents will be formatted in a Group IV TIFF or PDF format as generated during the scanning process or as defined by the Customer's requirements.

### d. Implementation Responsibilities. Iron Mountain and Customer will mutually develop a detailed implementation plan within 10 business days after the receipt of any Order. This plan will identify the responsibilities and

▲ IRON MOUNTAIN™

requirements of both parties prior to commencement of the Digital Archives Services. Customer will also identify its key contact assigned the responsibility for implementing the service.

e. **Access to Customer Data.** Customer shall be responsible for assigning usernames and passwords for all Customer personnel authorized to access Customer Data ("Authorized Users"). Iron Mountain will have no obligation to provide Digital Archives Services requested by an Authorized User until it has been notified of such Authorized User's username and password, nor will it have any liability for providing Archives Services to an Authorized User or former Authorized User whose access privileges have been terminated by Customer unless and until it has been notified in writing of the termination of such Authorized User's access privileges.

f. **Security.** The Digital Archives Services shall be provided from service centers or facilities designated by Iron Mountain (collectively, the "Service Centers"). Iron Mountain shall maintain and enforce at the Service Centers safety, electronic and physical security procedures that are commensurate with industry standards. In addition, Iron Mountain shall cause interfaces between any servers used in providing the Digital Archives Services and the internet to include firewalls or other online security infrastructure commensurate with industry standards to protect against unauthorized access and disclosure.

g. **Service Level Warranty.**

(1) Iron Mountain will cause the Services to be operative not less than 99.0% of the time, excluding maintenance and upkeep time of five (5) hours per month, which will be scheduled outside normal business hours, to the extent possible.

(2) In the event that Customer experiences Down Time in excess of that described in (c) below, Iron Mountain will, upon Customer's written request, issue credits to Customer's account as described below. The credits shall be as follows:

▲ IRON MOUNTAIN™

- For the first event of Down Time in any calendar year, no credit shall be provided.

- For the second event of Down Time in any calendar year, Iron Mountain shall credit the Customer with one-sixtieth of the Archiving Fee charged for the immediately preceding month (half-day credit).

- For the third and each subsequent event of Down Time in any calendar year, Iron Mountain shall credit the Customer with one-thirtieth of the Archiving Fee charged for the immediately preceding month (full-day credit).

(3) Down Time: "Down Time" shall mean any network event resulting in time during which Customer cannot access the Archiving Service for a period in excess of thirty (30) minutes, provided that Down Time shall not include any periods during which Customer cannot access the Archiving Service due to (i) factors outside Iron Mountain's reasonable control; or (ii) the results of any action or inaction of Customer, its employees, or authorized Customer users, or any third parties; or (iii) Customer's, Customer's employees, or authorized users' equipment or telecommunications facilities, and/or third party equipment or intercommunication facilities that are not within the sole control of Iron Mountain.  Down Time is measured from the time of Customer notification of the condition (or, if earlier, the time of detection by Iron Mountain) to the time the condition is corrected.

(4) Notwithstanding the foregoing, Iron Mountain shall have the right, in the event of a national security risk event or disaster affecting internet security infrastructure, such as firewalls or other online security systems, to temporarily suspend access from customers.  During any such suspension, Iron Mountain will use commercially reasonable best practices to ensure the integrity of Customer Data. Such suspensions will only be in effect during and no longer than a period equal to the time necessary to eliminate risk to Iron Mountain and Customer Data. Any such suspension will not constitute Down Time for purposes of this Service Level Warranty.

h. **Support Services.**  Iron Mountain will provide support for the Archiving Services as follows:

**▲ IRON MOUNTAIN™**

(1) **During Business Hours:** Iron Mountain will provide Customer with technical advice and support of Customer's use of the Archiving Services, including Help Desk Support, assistance with any new releases and upgrades installed by Iron Mountain, and any supplemental training services as reasonably requested by Customer.

(2) **Outside of Business Hours:** Outside of Business Hours, calls will be handled by operators who will ask questions on the nature of the problem in order to direct the call to the appropriate engineer. Callers should be prepared with a telephone number where they may be reached for call back, as well as any relevant technical information. A support engineer will be allocated to the call and will respond to the emergency.

i. **Governmental Orders.** Iron Mountain is authorized to comply with any subpoena or similar order related to the Deposits, provided that Iron Mountain notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. Customer shall pay Iron Mountain's reasonable charges for such compliance. Iron Mountain shall cooperate with Customer's efforts to quash or limit any subpoena.

j. **Limitation of Liability.**

1. EXCEPT FOR INDEMNIFICATION OBLIGATIONS SET FORTH HEREIN AND CONFIDENTIALITY OBLIGATIONS, IN NO EVENT SHALL IRON MOUNTAIN BE LIABLE: (A) FOR LOST PROFITS OR SAVINGS, BUSINESS OR INTERRUPTION OF BUSINESS, OR FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES IN CONNECTION WITH THE PROVISION OF DIGITAL ARCHIVES SERVICES UNDER THIS PRICELIST, HOWEVER CAUSED, UNDER ANY THEORY OF LIABILITY, OR (B) FOR DAMAGES OF ANY KIND IN EXCESS OF THE AMOUNT OF THE AMOUNT PAID BY CUSTOMER FOR DIGITAL ARCHIVES SERVICES IN RESPECT OF THE THREE-MONTH PERIOD PRECEDING THE EVENT GIVING RISE TO SUCH LIABILITY.

2. NOTWITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT, IRON MOUNTAIN SHALL HAVE NO LIABILITY IN THE EVENT OF LOSS OR DESTRUCTION OF, OR DAMAGE TO, DATA OR DOCUMENTS STORED IN THE DIGITAL ARCHIVES UNLESS SUCH LOSS, DAMAGE OR

**IRON MOUNTAIN**

**DESTRUCTION IS CAUSED BY IRON MOUNTAIN'S NEGLIGENCE. IN THE EVENT IRON MOUNTAIN IS SO LIABLE FOR LOSS, DESTRUCTION OR DAMAGE, THE AMOUNT OF ITS LIABILITY SHALL NOT EXCEED THE AMOUNT PAID OR PAYABLE BY CUSTOMER UNDER THIS PRICELIST FOR SERVICES IN RESPECT OF THE THREE-MONTH PERIOD PRECEDING THE EVENT GIVING RISE TO SUCH LIABILITY.**

k. **Limitation on Customer Rights in Processes, Technology.** By obtaining Digital Archives Services under this Pricelist, Customer does not obtain any ownership rights in such Services, the technology used to provide such Services, any "metadata" or indices created by Iron Mountain in connection with the performance of such Services, any documentation related to such Services, or any processes used by Iron Mountain to provide such Services, all of which shall be the exclusive property of Iron Mountain.

649558-1(HSFP)