BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

JOYCE R. BRANDA
Acting Assistant Attorney General
MICHAEL D. GRANSTON
SARA MCLEAN
GREGORY PEARSON
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6699
Fax: (202) 514 0280

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES AND STATE OF CALIFORNIA, *ex rel.*, BRENT STANLEY AND PATRICK McKILLOP,<br><br>Plaintiffs,<br><br>vs.<br><br>IRON MOUNTAIN, INC., and IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Defendants. | Case No.  2:11-cv-3260 GEB DAD<br><br>**[PROPOSED] ORDER ON THE UNITED STATES' NOTICE OF INTERVENTION FOR SETTLEMENT**<br><br>FILED UNDER SEAL |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that Relators' Second Amended Complaint, the United States' Notice of Intervention, and this Order, be unsealed;

1

[Proposed] Order on United States' Notice
of Intervention for Settlement

1     IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this action remain under seal and not be made public, or served upon the defendants;

    IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

    IT IS SO ORDERED.

Dated:  December 18, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge