BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

JOYCE R. BRANDA
Acting Assistant Attorney General
MICHAEL D. GRANSTON
SARA MCLEAN
GREGORY PEARSON
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6699
Facsimile: (202) 514 0280

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES AND STATE OF CALIFORNIA, *ex rel.*, BRENT STANLEY, and PATRICK McKILLOP<br><br>Plaintiffs,<br><br>vs.<br><br>IRON MOUNTAIN, INC., and IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Defendants. | Case No.  2:11-cv-3260 GEB DAD<br><br>**[PROPOSED] ORDER OF DISMISSAL RE CLAIMS OF THE UNITED STATES** |

Pursuant to Federal Rule of Civil Procedure 41(a) and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America, Relators Brent Stanley and Patrick McKillop, and defendants Iron Mountain Incorporated and Iron Mountain Information Management LLC[1]

---

[1] Iron Mountain Information Management LLC is the successor to Iron Mountain Information Management, Inc.

[Proposed] Order on Joint
Stipulation of Dismissal

1

(collectively, the "Parties") have filed a Joint Stipulation of Dismissal in accordance with the terms of a settlement agreement ("Agreement") entered into among the Parties effective as of December 17, 2014.

Upon consideration of the Joint Stipulation, it is hereby ORDERED that, subject to the terms and conditions of the Agreement:

1. All claims asserted in this action on behalf of the United States are dismissed with prejudice as to Relators.

2. All claims in this action for Covered Conduct as defined in the Agreement among the Parties are dismissed with prejudice as to the United States. All other claims asserted in this action on behalf of the United States are dismissed without prejudice as to the United States.

3. The United States and Defendants shall each bear their own costs, fees and expenses with respect to the claims asserted in this action on behalf of the United States.

4. The rights of relators and/or their counsel to seek recovery of reasonable expenses, fees and costs, including attorney's fees and costs related to the Civil Action, are governed by the False Claims Act, 31 U.S.C. §§ 3729 et seq., and the California False Claims Act, Cal. Gov't Code, §§ 12650, et seq. The Parties stipulate to the Court retaining jurisdiction over this matter to resolve any dispute that may arise relating to such rights.

5. This Order does not dismiss any claims of the relators, their counsel, the State of California, or any of its political subdivisions under the California False Claims Act, Cal. Gov't Code, §§ 12650, et seq.

IT IS SO ORDERED.

Dated: December 31, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

[Proposed] Order on Joint
Stipulation of Dismissal

2