JEROME H. FRIEDBERG (SBN 125663)
*jfriedberg@iflcounsel.com*
OREN ROSENTHAL (SBN 243110)
*orosenthal@iflcounsel.com*
**ISAACS FRIEDBERG & LABATON LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone: (213) 929-5550
Fax:    (213) 955-5794

Attorneys for Plaintiff County of San Bernardino.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* BRENT STANLEY and PATRICK McKILLOP and STATE OF CALIFORNIA *et al., ex rel.* BRENT STANLEY and PATRICK McKILLOP,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN, INC. and IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Defendants. | No. 2:11-CV-3260 GEB DAD<br><br>**31 U.S.C. § 3729,** ***et seq.***<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS ASSERTED ON BEHALF OF THE COUNTY OF SAN BERNARDINO** |

The County of San Bernardino and Relators Brent Stanley and Patrick McKillop filed a Joint Stipulation of Dismissal of All Claims Asserted on Behalf of the County of San Bernardino, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, Cal. Gov. Code § 12652(c). Upon due consideration of the Stipulation and the papers on file in this action,

IT IS ORDERED that,

Consistent with the terms of the December 17, 2014 Settlement Agreement among the County of San Bernardino, Relators Brent Stanley and Patrick McKillop,

1 | Iron Mountain Incorporated, and Iron Mountain Information Management, LLC, all
2 | civil monetary claims asserted on behalf of the County of San Bernardino against
3 | Iron Mountain Incorporated and Iron Mountain Information Management, LLC shall
4 | be dismissed with prejudice.

The County of San Bernardino and Defendants shall each bear their own costs, fees and expenses with respect to the claims asserted in this action on behalf of the County of San Bernardino. The rights of Relators and/or their counsel to seek recovery of reasonable expenses, fees and costs, including attorney's fees and costs related to the Civil Action, are governed by the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, and the California False Claims Act, Cal. Gov't Code, §§ 12650, *et seq.* The Court shall retain jurisdiction over this matter to resolve any dispute that may arise relating to such claims.

IT IS SO ORDERED

Dated:  December 31, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 2 -
**[PROPOSED] ORDER**

130397.1