```
ORRY P. KORB, County Counsel (S.B. #114399)
DANNY Y. CHOU, Assistant County Counsel (S.B. #180240)
KAVITA NARAYAN, Deputy County Counsel (S.B. #264191)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for COUNTY OF SANTA CLARA
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* BRENT STANLEY and PATRICK McKILLOP and STATE OF CALIFORNIA, SANTA CLARA COUNTY, *et al.*, *ex rel.* BRENT STANLEY and PATRICK McKILLOP,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN, INC. and IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Defendants. | No. 11-CV-3260 GEB DAD<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS ASSERTED ON BEHALF OF THE COUNTY OF SANTA CLARA**<br><br>**31 U.S.C. § 3729,** *et seq.*;<br>**CAL. GOV'T CODE § 12652(C)(1)** |

1     The County of Santa Clara and Relators Brent Stanley and Patrick McKillop filed a Joint Stipulation of Dismissal of All Claims Asserted on Behalf of the County of Santa Clara, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, Cal. Gov. Code § 12652(c). Upon due consideration of the Stipulation and the papers on file in this action,

**IT IS ORDERED** that,

Consistent with the terms of the December 17, 2014 Settlement Agreement among the County of Santa Clara, Relators Brent Stanley and Patrick McKillop, Iron Mountain Incorporated, and Iron Mountain Information Management, LLC, all civil monetary claims asserted in this action on behalf of the County of Santa Clara against Iron Mountain Incorporated and Iron Mountain Information Management, LLC shall be dismissed with prejudice.

    The County of Santa Clara and Defendants shall each bear their own costs, fees and expenses with respect to the claims asserted in this action on behalf of the County of Santa Clara. The rights of relators and/or their counsel to seek recovery of reasonable expenses, fees and costs, including attorney's fees and costs related to the Civil Action, are governed by the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, and the California False Claims Act, Cal. Gov't Code, §§ 12650, *et seq*.

**IT IS SO ORDERED.**

**Dated: January 5, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge