1  PAUL D. SCOTT
   pdscott@lopds.com
2  California State Bar No. 145975
   LANI ANNE REMICK
3  laremick@lopds.com
   California State Bar No. 189889
4  LAW OFFICES OF PAUL D. SCOTT, P.C.
5  Pier Nine, Suite 100
   San Francisco, California 94111
6  Tel: (415) 981-1212
   Fax: (415) 981-1215
7  Attorneys for Relators Brent Stanley and
8  Patrick McKillop

9

10

11

12

13

14              IN THE UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17  UNITED STATES AND STATE OF              Case No.  2:11-cv-3260 GEB DAD
    CALIFORNIA, *ex rel.*, BRENT STANLEY,
18  and PATRICK McKILLOP                     **JOINT STIPULATION OF
                                             DISMISSAL OF CLAIMS FOR
19                   Plaintiffs,             REASONABLE EXPENSES,
                                             ATTORNEYS' FEES AND COSTS**
20  vs.

21  IRON MOUNTAIN, INC., and IRON
    MOUNTAIN INFORMATION
22  MANAGEMENT, INC.,

23                   Defendants.

24       Pursuant to a Settlement Agreement among Relators Brent Stanley and Patrick McKillop

25  ("Relators"), Relators' counsel The Law Offices of Paul D. Scott. P.C., and Defendants Iron

26  Mountain Incorporated and Iron Mountain Information Management LLC[1] (collectively, the

27  _____

28  [1] Iron Mountain Information Management LLC is the successor to Iron Mountain Information
    Management, Inc.
    Joint Stipulation of Dismissal                 1

1  "Parties"), the Parties have resolved the claims made herein for reasonable expenses, attorneys' fees

2  and costs pursuant to 31 U.S.C. § 3730(d) and Cal. Govt. Code 12562(g).  The Parties therefore

3  stipulate and agree that such claims be dismissed with prejudice.  A Proposed Order is attached.

4

5  DATED:  March _11_, 2015                    Respectfully Submitted,

6                                        By:       /s/ Robert J. Conlan
                                                   Robert J. Conlan
7                                                  rconlan@sidley.com
                                                   Joel Singer
8                                                  joelsinger@sidley.com
                                                   SIDLEY AUSTIN LLP
9                                                  1501 K Street, NW
                                                   Washington, DC 20005
10                                                 202-736-8560
11
12                                                 /s/ McGregor W. Scott
                                                   McGregor W. Scott
13                                                 mcgregor.scott@orrick.com
                                                   ORRICK, HERRINGTON &
14                                                 SUTCLIFFE LLP
                                                   400 Capitol Mall
15                                                 Sacramento, CA 95814
                                                   916-329-7982
16
17                                                  Attorneys for Defendants
18
19                                        By:       /s/ Paul D. Scott
                                                    Paul D. Scott
20                                                  pdscott@lopds.com
                                                    Law Offices of Paul D. Scott, P.C.
21                                                  Pier 9, Suite 100, The Embarcadero
                                                    San Francisco, CA 94111
22                                                  Tel: (415) 981-1212
                                                    Fax: (415) 981-1215
23
24                                                  Attorney for the Relators
25
26
27
28

Joint Stipulation of Dismissal                      2