UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES AND STATE OF CALIFORNIA, ex rel., BRENT STANLEY AND PATRICK McKILLOP,<br><br>          Plaintiffs,<br><br>   v.<br><br>IRON MOUNTAIN, INC., and IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>          Defendants. | No. 2:11-cv-03260-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

      The parties shall file a joint status report no later than 12:00 p.m. on March 19, 2015, in which they shall explain the status of this action and why the action should not be closed.

      IT IS SO ORDERED.

Dated:  March 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1