UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. BRENT STANLEY and PATRICK McKILLOP, and STATE OF CALIFORNIA et al., ex rel. BRENT STANLEY and PATRICK McKILLOP,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>IRON MOUNTAIN, INC., and IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>　　　Defendants. | No.  2:11-cv-03260-GEB-DAD<br><br>**ORDER** |

On March 12, 2015, an order issued requiring the parties to "file a joint status report no later than . . . March 19, 2015, in which they . . . explain the status of this action and why the action should not be closed." (Order, ECF No. 63.) The State of California and Relators Brent Stanley and Patrick McKillop filed a Joint Status Report in response on March 19, 2015, stating:

> Pursuant to Federal Rule of Civil Procedure 41(a) and California Government Code § 12652(c)(1), the State of California, Relators Brent Stanley and Patrick McKillop, and Defendants Iron Mountain Incorporated and Iron Mountain Information Management, LLC (collectively, the "Parties") previously filed a Joint Stipulation of Dismissal in accordance with the terms of a settlement agreement entered into among the Parties effective as of December 17, 2014. *See* ECF

1

No. 56. Pursuant to the Parties' stipulation, on December 31, 2014[,] the Court entered an Order Dismissing the Claims of the State of California, in which *inter alia*, the claims of Relators were dismissed "except as otherwise provided in the Agreement." *See* ECF No. 59. The Agreement specifically provides, *inter alia*, that Relators do not release "any claims to entitlement under Cal. Gov't Code § 12652(g) to a share of the proceeds of this Settlement Agreement." Agreement at ¶ 4. The State of California and Relators have reached an agreement in principle regarding Relators' share of the proceeds of the settlement with the State of California but have not yet finalized that agreement. **Other than the issue of Relators' share of the proceeds of the settlement with the State of California, Relators and the State of California both agree to the case being closed. The Relators have already resolved their relators' share claims with the United States, San Bernardino County, and Santa Clara County.**

Accordingly, in order to provide the parties' time to finalize their agreement regarding Relators' share of the State settlement, **Relators and the State of California respectfully request that the Court enter an Order to the effect that this action will be closed as of May 1, 2015 unless Relators or the State of California request otherwise prior to that date.**

Iron Mountain has indicated to relators' counsel that it consents to this request.

Counsel for the County of San Diego has also indicated the following to relators' counsel: With the understanding that none of the orders of dismissal entered in this matter dismisses with prejudice any claims of the County of San Diego, the County of San Diego has no objection to the closing of this case.

(Joint Status Report, ECF No. 64 (emphasis added).)

Based on the parties' representations concerning the matters that remain to be resolved and the anticipated timing to do so, a dispositional document shall be filed no later than May 1, 2015. Failure to respond by this deadline may be construed as

2

consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: March 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge