UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. BRENT STANLEY and PATRICK McKILLOP, and STATE OF CALIFORNIA et al., ex rel. BRENT STANLEY and PATRICK McKILLOP,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN, INC., and IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Defendants. | No. 2:11-cv-03260-GEB-DAD<br><br>**ORDER CLOSING CASE** |

On May 2, 2015, the State of California and Relators Patrick McKillop and Brent Stanley ("Realtors") filed a Joint Status Report ("JSR") in which they state:

> Pursuant to Federal Rule of Civil Procedure 41(a) and California Government Code § 12652(c)(1), the Relators, the United States, the State of California, Santa Clara County, and San Bernardino County, and Defendants Iron Mountain Incorporated and Iron Mountain Information Management, LLC have all previously filed Joint Stipulations of Dismissal in accordance with the terms of different settlement agreements entered into among the Parties, see ECF Nos. 54, 55, 56 & 60, and the Court has entered orders of dismissal as to each, see ECF Nos. 57, 58, 59, & 61.
>
> As noted in the status report filed by the State of California and Relator[s] on March 19, 2015 (ECF No. 64), the State of California and Relators were finalizing an

1

>agreement in principle at the time regarding Relators' share of the proceeds of the settlement with the State of California, but they had not yet finalized that agreement at the time the status report was filed. The State of California and the Relators have now finalized that agreement. Relators had previously finalized agreements concerning relators' share with the United States, Santa Clara County, and San Bernardino County.
>
>Based on the foregoing, the Relators and the State of California both agree to the case being closed.

(JSR, ECF No. 66.)

Accordingly, this case shall be closed.

Dated: May 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge